IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIMELIGHT NETWORKS, INC.,

    Plaintiff and Counterclaim Defendant,

v.

XO COMMUNICATIONS, LLC.,

    Defendant,

AKAMAI TECHNOLOGIES, INC.,

    Defendant and Counterclaim Plaintiff,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

    Counterclaim Plaintiff.

Case No. 3:15cv720-JAG

**JURY TRIAL DEMANDED**

## ORDER

This matter comes before the Court following the hearing held August 16, 2016. The Court hereby AMENDS the pretrial order as follows: (1) the party with the burden of proof shall disclose the information required under Rule 26(a)(2) by September 21, 2016; (2) the opposing party shall file its expert disclosures by October 19, 2016; (3) the parties shall file rebuttal expert reports by November 2, 2016; (4) the parties must complete depositions of experts by November 16, 2016; and (5) motions for summary judgment shall be filed by no later than November 4, 2016.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 8/19/16

/s/
John A. Gibney, Jr.
John A. Gibney, Jr., United States District Judge

2