IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:15-cv-00720-JAG__, Case Name __Limelight Networks v. XO Commc'ns et al.__
Party Represented by Applicant: __Akamai Techns., Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

F I L E D
AUG 26 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

PERSONAL STATEMENT

FULL NAME (no initials, please) __Dana Burwell__
Bar Identification Number __682413__    State __MA__
Firm Name __Wilmer Cutler Pickering Hale and Dorr LLP__
Firm Phone # __(617) 526-6000__    Direct Dial # __(617) 526-6722__    FAX # __(617) 526-5000__
E-Mail Address __dana.burwell@wilmerhale.com__
Office Mailing Address __60 State Street, Boston, MA 02109__

Name(s) of federal court(s) in which I have been admitted __USDC for D. Mass, US Court of Appeals for First & Federal Circuits__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) __Dabney Carr__    (Date) __8/25/16__
(Typed or Printed Name) __DABNEY CARR__    (VA Bar Number) __28679__

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/ __John A. Gibney, Jr.__    __8/26/16__
(Judge's Signature) United States District Judge    (Date)