## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing paper will be served by operation of the Court's CM/ECF system upon all parties of record in this matter on September, 6, 2016.

                                         /s/
                                    Terrance G. Reed
                                    VA Bar # 46076
                                    Lankford & Reed PLLC
                                    120 North St. Asaph St.
                                    Alexandria, VA 22314
                                    703-299-5000 (tel)
                                    703-299-8876 (fax)
                                    tgreed@lrfirm.net