# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

## LIMELIGHT'S STATEMENT OF NON-OPPOSITION TO SAUCIFY'S MOTION FOR A PROTECTIVE ORDER

Plaintiff Limelight Networks, Inc. ("Limelight") respectfully submits this statement of non-opposition to Non-Party Saucify, N.V.'s ("Saucify's") motion for a Protective Order, D.I. 183-0, and states as follows:

1. Akamai served several requests for production in this litigation which called for information regarding Limelight's customers, including its customer contracts, including Request for Production Nos. 107, 112, 113, 126, and 127.

2. In compliance with its discovery obligations, Limelight collected its agreements with customers for production.

1

3. In compliance with its contractual obligations of confidentiality to those customers, Limelight notified customers of its intent to produce the requested customer agreements, allowing them reasonable time to bring objections, if any, to the attention of the Court.

4. Saucify has brought its objections to the attention of the Court, but did so after Limelight's production of the relevant agreements.

5. Limelight has no objection to entry of a Protective Order, and has discussed with counsel for Akamai whether Akamai will agree that the produced agreements may be removed from the document production. No resolution has yet been reached, but Limelight expects to report by Thursday, September 29, 2016 whether the parties have reached agreement on this point.

Date: September 22, 2016                    Respectfully submitted,

                                                                          */s/ Natasha M. Saputo*
Natasha M. Saputo (VA Bar No. 80893)
Matthew D. Powers (CA Bar No. 104795)
(*pro hac vice*)
Steven Cherensky (CA Bar No. 168275)
(*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543)
(*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088)
(*pro hac vice*)
William P. Nelson (CA Bar No. 196091)
(*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316)
(*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084)
(*pro hac vice*)
Lital Leichtag-Fuks (CA Bar No. 295080)
(*pro hac vice*)
Yi Chen (CA Bar No. 295236)
(*pro hac vice*)
Jae Shin (CA Bar No. 294599)
(*pro hac vice*)

Sergio Davila (CA Bar No. 302689)
*(pro hac vice)*
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:     (650) 802-6000
Facsimile:      (650) 802-6001
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com
jae.shin@tensegritylawgroup.com
sergio.davila@tensegritylawgroup.com

Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8788
Facsimile:      (804) 343-4630
Meckstein@hunton.com

*Attorneys for Plaintiff and Counterclaim Defendant Limelight Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2016, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

                */s/ Natasha M. Saputo*
                Natasha M. Saputo