IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIMELIGHT NETWORKS, INC.,
        Plaintiff,

v.                                    Civil Action No. 3:15-cv-720-JAG

XO COMMUNICATIONS, LLC
and AKAMAI TECHNOLOGIES INC.,
        Defendants.

## ORDER

This matter comes before the Court on the defendants' motion to compel the deposition of Bradley Harvell. (Dk. No. 198.) The defendants also move to seal the motion to compel, the memorandum in support of the motion to compel, and its exhibits. (Dk. No. 191.) The Court met with the parties on October 11, 2016, to discuss these issues.

Upon due consideration, the Court GRANTS the motion to seal in order to protect Mr. Harvell's personal medical information. The Court DIRECTS the clerk to file Docket Numbers 198, 199, and their attachments.

Further, the Court DENIES the motion to compel. The Court ORDERS the plaintiff to provide the defendants with a letter from Mr. Bradley Harvell's treating psychologist or psychiatrist which (1) details his medical conditions and (2) explains why they prohibit him from being deposed in this case. The plaintiff shall provide this letter no later than October 18, 2016.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 11, 2016
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge