**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| LIMELIGHT NETWORKS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>XO COMMUNICATIONS, LLC.,<br><br>Defendant,<br><br>AKAMAI TECHNOLOGIES, INC.<br><br>Defendant and Counterclaim Plaintiff,<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Counterclaim Plaintiff. | Case No. 3:15-cv-720-JAG<br><br>**JURY TRIAL DEMANDED** |

**AKAMAI TECHNOLOGIES, INC.'S MOTION TO COMPEL ADDITIONAL TIME FOR THE DEPOSITION OF DR. KEVIN C. ALMEROTH AND FOR EXPEDITED CONSIDERATION**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff Akamai Technologies, Inc. ("Akamai"), by counsel, moves the Court to enter an Order requiring Plaintiff to make its expert, Dr. Kevin C. Almeroth, available for a total of three days of deposition and to allow different attorneys to question Dr. Almeroth about different patents. In addition, considering the necessity of scheduling a multiple day deposition with Dr. Almeroth prior to the deadline for expert depositions on November 16, Akamai respectfully requests that the Court order Limelight to file its response to this motion no later than 5:00 p.m. on Friday, November 4 and schedule a telephonic hearing on this motion, if necessary, at the Court's

earliest convenience after Limelight's response brief has been filed. The grounds for this Motion are more fully set forth in the Memorandum in support of this Motion, which is filed herewith.

AKAMAI TECHNOLOGIES, INC.

*/s/ Dabney J. Carr, IV*
Of Counsel


Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Laura Anne Kuykendall (VSB No. 82318)
TROUTMAN SANDERS LLP
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
la.kuykendall@troutmansanders.com

Carlos Perez-Albuerne (*pro hac vice*)
Margaret E. Ives (*pro hac vice*)
Daniel C. Winston (*pro hac vice*)
Robert Z. Shames (*pro hac vice*)
Vanessa A. Arslanian (*pro hac vice*)
Diane Seol (*pro hac vice*)
CHOATE HALL & STEWART LLP
Two International Place, Boston MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
rshames@choate.com
varslanian@choate.com
dseol@choate.com

William F. Lee (*pro hac vice*)
Cynthia D. Vreeland (*pro hac vice*)
Michael J. Summersgill (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
michael.summersgrill@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: 617-526-6000
Facsimile: 617-526-5000
mindy.sooter@wilmerhale.com

Heath A. Brooks (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
heath.brooks@wilmerhale.com

Matthew J. Hawkinson (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100

Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
matthew.hawkinson@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
arthur.coviello@wilmerhale.com

*Counsel for Akamai Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of November, 2016, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Maya Eckstein
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, Virginia 23219
meckstein@hunton.com

Matthew D. Powers (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
William P. Nelson (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
Azra Hadzimehmedovic (*pro hac vice*)
Natasha M. Saputo (Va. Bar. No. 80893)
Robert L. Gerrity (*pro hac vice*)
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
azra@tensegritylawgroup.com
Natasha.saputo@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

***Counsel for Limelight Networks, Inc.***

/s/ Dabney J. Carr, IV
Dabney J. Carr, IV (VSB No. 28679)
**TROUTMAN SANDERS** LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

*Counsel for Akamai Technologies, Inc.*