IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

This matter comes before the Court upon joint motion by the parties to extend the deadline for the submission of *Daubert* motions in view of this Court's October 31, 2016 order granting Akamai's Motion to Limit Asserted Claims and in view of this Court's August 19, 2016 order, extending discovery deadlines, including the deadline for completion of expert depositions, which is now November 16, 2016. The parties also request an extension of the deadline to file opening summary judgment motions from November 11, 2016 (which is a federal holiday) to the following Monday, November 14, 2016. Good cause having been shown, the Court GRANTS the parties' joint motion and EXTENDS the deadline for the submission of

*Daubert* motions to November 18, 2016 and the deadline for the submission of opening summary judgment motions to November 14, 2016.

It is so ORDERED.
    Let the Clerk send a copy of this Order to all counsel of record.

Date: 11/4/16

/s/
John A. Gibney, Jr.
John A. Gibney, Jr., United States District Judge