IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

This matter comes before the Court upon joint motion by the parties to extend the deadline for the initial and responsive designations of discovery to be used at trial, and filing of witness lists and exhibit lists, and to set an expedited briefing schedule for motions *in limine*. Good cause having been shown, the Court GRANTS the parties' joint motion and EXTENDS and SETS the following deadlines:

1. The parties shall file exhibit lists and trial witness lists, and serve designations of any discovery that a party intends to use at trial on November 30, 2016. Responsive exhibit lists and witness lists shall be filed and responsive discovery designations shall be served on December 7, 2016. There is no change to the December 14, 2016 deadline to file

objections to exhibits, witnesses or discovery designations, or the other requirements of the Patent Case Initial Pretrial Order (Doc. 55) in connection with these disclosures.

2. The parties will agree upon a schedule and format for serving copies of exhibits and for disclosing and objecting to demonstrative exhibits.

3. The parties will each file motions *in limine* in a single, 30-page brief, on December 6, 2016. Responsive briefs will be due December 12, 2016, and Reply briefs will be due December 15, 2016.

It is so ORDERED.

Date: 11/22/16

/s/ 
John A. Gibney, Jr.
United States District Judge