# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:15-cv-720-JAG |
| XO COMMUNICATIONS, LLC., | ) |
| Defendant, | ) **JURY TRIAL DEMANDED** |
| AKAMAI TECHNOLOGIES, INC., | ) |
| Defendant and Counterclaim Plaintiff, | ) |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | ) |
| Counterclaim Plaintiff. | ) |

## AKAMAI TECHNOLOGIES, INC.'S TRIAL WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the Patent Case Initial Pretrial Order (Dkt. No. 55), and the November 22, 2016 Order setting case deadlines (Dkt. No. 247), Defendant and Counterclaim Plaintiff Akamai Technologies, Inc. ("Akamai") offers the following Trial Witness List for identification of trial witnesses.

Akamai includes in this trial witness list individuals who may be listed on Limelight Networks, Inc.'s ("Limelight") witness lists without waiving any right to object to Limelight's presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony. Akamai reserves the right to modify, supplement, or amend this trial witness list in response to Limelight's witness lists, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other

Order of this Court. To the extent a witness is not available to offer live testimony, Akamai may present deposition testimony for each such witness.

At this time, Defendant and Counterclaim Plaintiff Akamai identifies the following witnesses for trial:

**I.     Witnesses Offering Live Testimony**

| WITNESS | EXPECTS TO CALL | MAY CALL |
|---|---|---|
| **Craig Adams** | | X |
| **David Belson** | | X |
| **Dr. Samrat "Bobby" Bhattacharjee** | X | |
| **Robert Blumofe** | | X |
| **Nicholas Brookins** | | X |
| **Neil Cohen** | | X |
| **Craig Conboy** | X | |
| **John Dilley** | X | |
| **Michael Fay** | | X |
| **Cheng Jin** | X | |
| **Alan Johnson** | | X |
| **L. Sean Kennedy** | X | |
| **John Josef Kloninger** | | X |
| **Christopher R. "Kit" Knox** | X | |
| **Patrick M. Larkin** | X | |
| **Todd Lawrence** | | X |
| **F. Thomson Leighton** | X | |
| **Philip Lisiecki** | | X |
| **Steven Low** | | X |
| **Stephen Ludin** | | X |
| **Brian Mancuso** | | X |

| WITNESS | EXPECTS TO CALL | MAY CALL |
|---|---|---|
| **Joshua Matt** | | X |
| **Edward McGowan** | | X |
| **Paul K. Meyer** | X | |
| **Nader F. Mir** | X | |
| **Darren Ng** | | X |
| **Keith Oslakovic** | | X |
| **Kyle Rose** | X | |

**II.** **Witnesses Presented By Deposition**

Akamai identifies the following witnesses who have been deposed in this case and whose deposition testimony may be presented at trial:

| WITNESS |
|---|
| **Daniel Boncel** |
| **Nigel Burmeister** |
| **Joseph D. DePalo** |
| **Michael M. Gordon** |
| **Jason Hofmann** |
| **John Josef Kloninger** |
| **Robert Lento** |
| **Jacob Roersma** |
| **James Todd** |
| **George Vonderhaar** |
| **Jason L. Wolfe** |

Akamai reserves the right to call live, by video, or by deposition any witness appearing on Limelight's witness list. Akamai reserves the right to counter-designate deposition testimony in response to any deposition testimony presented at trial by Limelight.

- 3 -

| | |
|---|---|
| Date: November 30, 2016 | AKAMAI TECHNOLOGIES, INC. |
| | By  /s/ Laura Anne Kuykendall  <br>       Of Counsel |

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Laura Anne Kuykendall (VSB No. 82318)
TROUTMAN SANDERS LLP
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
la.kuykendall@troutmansanders.com

Carlos Perez-Albuerne (*pro hac vice*)
Margaret E. Ives (*pro hac vice*)
Daniel C. Winston (*pro hac vice*)
Eric J. Marandett (*pro hac vice*)
Sophie F. Wang  (*pro hac vice*)
Phoebe Fischer-Groban  (*pro hac vice*)
Robert Z. Shames  (*pro hac vice*)
Vanessa A. Arslanian  (*pro hac vice*)
Diane Seol  (*pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place, Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
emarandett@choate.com
swang@choate.com
pfischergroban@choate.com
rshames@choate.com
varslanian@choate.com
dseol@choate.com

William F. Lee (*pro hac vice*)
Cynthia D. Vreeland (*pro hac vice*)
Michael J. Summersgill (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526 6000
Facsimile:  (617) 526 5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
michael.summersgill@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone:  617 526 6000
Facsimile:  617 526 5000
mindy.sooter@wilmerhale.com

Heath A. Brooks (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663 6363
heath.brooks@wilmerhale.com

Matthew J. Hawkinson (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 443 5300
Facsimile:  (213) 443 5400
matthew.hawkinson@wilmerhale.com

- 5 -

        Arthur W. Coviello (*pro hac vice*)
        WILMER CUTLER PICKERING HALE
        AND DORR LLP
        950 Page Mill Road
        Palo Alto, California 94304
        Telephone:  (650) 858 6000
        Facsimile:  (650) 858 6100
        arthur.coviello@wilmerhale.com

        *Counsel for Akamai Technologies, Inc.*

# **CERTIFICATE OF SERVICE**

I certify that on this 30th day of November, a true copy of the foregoing will be delivered by electronic mail by electronically mailing a true and correct copy thereof, which will send a notification of such filing (NEF) to the following:

Maya Eckstein (Va. Bar. No. 41413)
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, Virginia 23219
Facsimile: (804) 343-4630
meckstein@hunton.com

Matthew D. Powers (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
William P. Nelson (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
Azra Hadzimehmedovic (*pro hac vice*)
Natasha M. Saputo (Va. Bar. No. 80893)
Robert L. Gerrity (*pro hac vice*)
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
azra@tensegritylawgroup.com
Natasha.saputo@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

*Counsel for Limelight Networks, Inc.*

/s/     Laura Anne Kuykendall
Laura Anne Kuykendall (VSB No. 82318)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
la.kuykendall@troutmansanders.com

*Counsel for Akamai Technologies, Inc.*