IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

## LIMELIGHT NETWORKS, INC.'S WITNESSES TO BE CALLED AT TRIAL

Pursuant to Paragraph 13 of the Scheduling Order (D.I. 55), Plaintiff Limelight Networks, Inc. ("Limelight") hereby identifies the following fact and expert witnesses that Limelight may call (live or by deposition designation) at trial. Limelight reserves the right to call and/or subpoena any witnesses Akamai Technologies, Inc. ("Akamai"), Massachusetts Institute of Technology ("MIT"), or XO Communications, LLC ("XO") call to testify live at the trial, or cross-examine such witnesses beyond the scope of the direct, as if Limelight had called them to testify in its case-in-chief. Limelight further reserves the right to call live at trial or to rely on the deposition testimony of any Akamai, MIT, or XO witness who has not yet been deposed.

1

**Limelight Fact Witnesses**

    Jason Hofmann

    Jacob Roersma

    George Vonderhaar

**Limelight Expert Witnesses**

    Dr. Kevin Almeroth

    Dr. Michael Freedman

    Dr. Stephen Prowse

**Akamai Fact Witnesses**

    Craig S. Adams

    David S. Belson

    Nicholas Brookins

    Neil L. Cohen

    Craig Conboy

    Cheng Jin

    Alan W. Johnson

    Christopher R. Knox

    Patrick M. Larkin

    Todd Andrew Lawrence

    Frank Thomson Leighton

    Philip Lisiecki

Brian Mancuso

Joshua Matt

**Third Party Witnesses**

Joseph DePalo

Michael M. Gordon

Josef Kloninger

Date: November 30, 2016                    Respectfully submitted,

/s/       Natasha M. Saputo
Natasha M. Saputo
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:      (650) 802-6000
Facsimile:       (650) 802-6001
natasha.saputo@tensegritylawgroup.com

Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone:      (804) 788-8788
Facsimile:       (804) 343-4630
Meckstein@hunton.com

Matthew D. Powers (CA Bar No. 104795) (*pro hac vice*)
Steven Cherensky (CA Bar No. 168275) (*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543) (*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088) (*pro hac vice*)
William P. Nelson (CA Bar No. 196091) (*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316) (*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084) (*pro hac vice*)
Natasha M. Saputo (VA Bar No. 80893)
Lital Leichtag-Fuks (CA Bar No. 295080) (*pro hac vice*)

3

Yi Chen (CA Bar No. 295236) (*pro hac vice*)
Jae Shin (CA Bar No. 294599) (*pro hac vice*)
Sergio Davila (CA Bar No. 302689) (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com
jae.shin@tensegritylawgroup.com
sergio.davila@tensegritylawgroup.com

*Attorneys for Plaintiff and Counterclaim Defendant Limelight Networks, Inc.*

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of November, 2016, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system.

                                                       /s/     Natasha M. Saputo
                                                                 Natasha M. Saputo