IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br><br> **JURY TRIAL DEMANDED** |

### PUBLIC NOTICE OF LIMELIGHT NETWORKS, INC.'S
### MOTION TO FILE UNDER SEAL

NOW COMES Plaintiff and Counterclaim Defendant Limelight Networks, Inc. ("Limelight"), by and through counsel, and pursuant to Rule 5(C) of the Rules of the United States District Court for the Eastern District of Virginia, hereby gives notice of filing its Motion to File Under Seal portions of Limelight's Exhibits to be Used at Trial ("Exhibit List").

Any party or non-party may submit a memorandum in support of or in opposition to the motion to seal within seven (7) days after the filing of the motion to seal. Any person objecting to the motion must file an objection with the Clerk within seven (7) days after the filing of the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Date: November 30, 2016                     Respectfully submitted,

/s/ *Natasha M. Saputo*
Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8788
Facsimile:      (804) 343-4630
Meckstein@hunton.com

Matthew D. Powers (CA Bar No. 104795)
(*pro hac vice*)
Steven Cherensky (CA Bar No. 168275)
(*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543)
(*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088)
(*pro hac vice*)
William P. Nelson (CA Bar No. 196091)
(*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316)
(*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084)
(*pro hac vice*)
Natasha M. Saputo (VA Bar No. 80893)
Lital Leichtag-Fuks (CA Bar No. 295080)
*(pro hac vice)*
Yi Chen (CA Bar No. 295236)
*(pro hac vice)*
Jae Shin (CA Bar No. 294599)
*(pro hac vice)*
Sergio Davila (CA Bar No. 302689)
*(pro hac vice)*
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:     (650) 802-6000
Facsimile:     (650) 802-6001
matthew.powers@tensegritylawgroup.com
steve.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com

2

        robert.gerrity@tensegritylawgroup.com
        natasha.saputo@tensegritylawgroup.com
        lital@tensegritylawgroup.com
        yi.chen@tensegritylawgroup.com
        jae.shin@tensegritylawgroup.com
        sergio.davila@tensegritylawgroup.com

*Attorneys for Plaintiff and Counterclaim Defendant Limelight Networks, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ *Natasha M. Saputo*
Natasha M. Saputo