IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF MICHAEL J. FREEDMAN IN SUPPORT OF LIMELIGHT NETWORKS, INC.'S SUMMARY JUDGMENT MOTION**

I, Michael J. Freedman, declare as follows:

1. I have been retained by Limelight Networks, Inc. ("Limelight") as an expert witness in the above captioned matter. I have personal knowledge of the matters set forth herein and, if called to testify as a witness, I could and would do so under oath.

2. I submit this Declaration in support of Limelight's Motion for Summary Judgment (D.E. 224), including Limelight's Memorandum in Support of its Motion for Summary Judgment (D.E. 225), filed on November 14, 2016 and Limelight's Reply in Support of its Motion for Summary Judgment, filed on December 5, 2016, as well as any other papers submitted by Limelight in this case that reference my opinions as provided below.

1

3.   I have submitted expert reports in this matter regarding the invalidity and non-infringement of U.S. Patent Nos. 7,693,959, 8,307,088, 7,472,178, 6,820,133, and 8,122,102 including:

- "Initial Expert Report of Michael J. Freedman, Ph.D." submitted on September 23, 2016;

- "Responsive Expert Report of Michael J. Freedman, Ph.D." submitted on October 19, 2016; and

- "Reply Expert Report of Michael J. Freedman, Ph.D." submitted on November 2, 2016.

4.   Excerpts of the above reports have been submitted at least in support of Limelight's Summary Judgment Motion. I declare that the contents of the above expert reports are truthful and accurate explanations of my opinions and the reasons and bases of my opinions formed to date in this case and that the excerpts of the above reports submitted in support of Limelight's Summary Judgement Motion or at any other time by Limelight in this case are true and correct copies of excerpts from my expert reports.

5.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2016

_/s/ Michael J. Freedman_
Michael J. Freedman

2