**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

**LIMELIGHT NETWORKS, INC.'S RESPONSIVE LIST OF**
**<u>EXHIBITS TO BE USED AT TRIAL</u>**

Pursuant to Rule 26(a)(3)(A)(iii) of the Federal Rules of Civil Procedure and Paragraph 14 of the Scheduling Order (D.I. 55), as modified by the Order Granting the Extension of Certain Pre-Trial Deadlines (D.I. 247), Plaintiff Limelight Networks, Inc. ("Limelight") hereby identifies the following responsive list of exhibits that Limelight may use at trial in response to Defendant and Counterclaim Plaintiff Akamai Technologies, Inc.'s ("Akamai's") initial proposed list of exhibits (D.I. 266-1), filed on November 30, 2016. Limelight identifies this responsive list of exhibits as a supplement to and in addition to the initial list of exhibits Limelight identified in its Exhibits to be Used at Trial (D.I. 270), filed on November 30, 2016, and which Limelight incorporates herein by reference.

Limelight's identification of these initial and responsive exhibit lists is not a commitment that Limelight will use any particular exhibit at trial or a representation that the exhibits listed are admissible for all purposes at trial. Limelight may use some of the listed exhibits only for impeachment or identification purposes. These disclosures are made without waiver of and without prejudice to any objections Limelight may have, including those that may form the basis of any pending or future motions, including Limelight's summary judgment motions, motions to strike, *Daubert* motions, and/or motions *in limine* regarding the subject matter of these disclosures or documents identified or referenced herein. Limelight expressly reserves all such objections. Inclusion of a document on Limelight's exhibit lists does not waive any objections Limelight may have to use of that document as an exhibit at trial. Limelight reserves the right to use, or not use, any of the exhibits identified herein and in its initial exhibit list at its discretion, and Limelight also reserves the right to object to Akamai Technologies, Inc.'s ("Akamai's") use of these exhibits for improper purposes at trial. Limelight also reserves the right to use any exhibit listed by Akamai on Akamai's initial or responsive exhibit lists.

These disclosures are based on information that is reasonably available to Limelight at this time and at this stage of the proceedings. Further investigation and analysis may yield additional information or documents. Limelight reserves the right to add exhibits based on Akamai's pretrial disclosures, based on subsequent events, or as otherwise appropriate. Finally, these disclosures are made without waiver of Limelight's rights to protect the confidentiality of these documents or documents identified or referenced herein and in its initial exhibit list, including without limitation, by sealing and/or redacting the documents. Limelight expressly reserves all such rights. Pursuant to the Scheduling Orders (D.I. 55, D.I. 247), the parties will

follow a separate procedure for exchange of objections, including Limelight's general objections to Akamai's initial and responsive exhibit lists.

Date: December 7, 2016       Respectfully submitted,

/s/     *Natasha Saputo*

Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8788
Facsimile: (804) 343-4630
Meckstein@hunton.com

Matthew D. Powers (CA Bar No. 104795) (*pro hac vice*)
Steven Cherensky (CA Bar No. 168275) (*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543) (*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088) (*pro hac vice*)
William P. Nelson (CA Bar No. 196091) (*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316) (*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084) (*pro hac vice*)
Natasha M. Saputo (VA Bar No. 80893)
Lital Leichtag-Fuks (CA Bar No. 295080) (*pro hac vice*)
Yi Chen (CA Bar No. 295236) (*pro hac vice*)
Jae Shin (CA Bar No. 294599) (*pro hac vice*)
Sergio Davila (CA Bar No. 302689) (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com
jae.shin@tensegritylawgroup.com

sergio.davila@tensegritylawgroup.com

*Attorneys for Plaintiff and Counterclaim
Defendant Limelight Networks, Inc.*

United States District Court

| Limelight Networks, Inc. | | | | | Exhibit List | | | |
|---|---|---|---|---|---|---|---|---|
| v. | | | | | Case Number: 3:15-cv-00720-JAG | | | |
| XO Communications, LLC and Akamai Technologies, | | | | | | | | |
| Presiding Judge: John A. Gibney | | | | | Plaintiff's Attorney: Matthew D. Powers and Maya Eckstein | Defendant's Attorney: | | |
| Trial Date(s): | | | | | Court Reporter: | Courtroom Deputy: | | |
| LX No. | AX No. | JX No. | Objections | Admitted | Description | Production Beg. | Production End | Deposition Exhibit |
| 1282 | | | | | FEO Tools, dated 11/1/2013 | AKAM0596928 | AKAM0596930 | |
| 1283 | | | | | Summary Cache: A Scalable Wide-Area Web Cache Sharing Protocol | LLNW_00324115 | LLNW_00324127 | |
| 1284 | | | | | Craig De Ruisseau - Visual CV - (https://www.visualcv.com/craigforhire) | LLNW_00324303 | LLNW_00324309 | |
| 1285 | | | | | Screenshot of Limelight Control (click add product) (ux.llnw.com/index.php?module=sales&page=ordermanagement&requestType=getCompanySummariesByCompanyNames&companyNames=example#endOfsosList | LLNW_00323974 | LLNW_00323974 | |
| 1286 | | | | | Screenshot of rt.llnw.com/Ticket/Display.html?id=4513024 | LLNW_00324001 | LLNW_00324001 | |
| 1287 | | | | | The New Cool - Proof of Concept, dated 8/1/1999 | AKAM0588648 | AKAM0588658 | |
| 1288 | | | | | ICP and the Squid Web Cache (Wessels et al.), dated April 1998 | LLNW_00323337 | LLNW_00323349 | |
| 1289 | | | | | Newton's Telecom Dictionary, 28th Updated & Expanded Edition | LLNW_00323350 | LLNW_00323386 | |
| 1290 | | | | | Cloud Computing Glossary, https://www.akamai.com/us/en/resources/cdn-and-cloud-services-glossary.jsp | LLNW_00323417 | LLNW_00323437 | |
| 1291 | | | | | Email from Eric Graham to Craig Conboy et al. re: FEO Suggested Policies UI, dated 3/3/2014 | AKAM0597024 | AKAM0597024 | |
| 1292 | | | | | AkamaiWiki: FEO Single Click Config, dated 7/26/2013 | AKAM0596921 | AKAM0596921 | |
| 1293 | | | | | Email from Tom Mistretta to David Kaufman et al. re: Integrating safe performance tool into the portal, dated 9/24/2012 | AKAM0597033 | AKAM0597033 | |
| 1294 | | | | | Akamai Presentation: What is FEO? - Testing tools, UMP, GHOST for FEO, and FEO TOOLS | AKAM0596724 | AKAM0596724 | |
| 1295 | | | | | Expert Report of Mark Crovella, Ph.D., Regarding Infringement of U.S. Patent Nos. 6,108,703, 6,553,413 and 7,103,645 by Defendany Limelight Networks, Inc., dated 11/2/2007 | None | None | |
| 1296 | | | | | Crovella Expert Report Appendix A | None | None | |
| 1297 | | | | | Crovella Expert Report Exhibit 1, Mark E. Crovella CV | None | None | |
| 1298 | | | | | Expert Report of Frank Thomson Leighton, Ph.D. | None | None | Leighton-Ex003 |
| 1299 | | | | | Deposition of F. Thomson Leighton, dated 1/29/2007, Case No. 06-CA-11109 | None | None | |
| 1300 | | | | | Deposition of F. Thomson Leighton, dated 1/17/2001, Case No. 00-cv-11851 | AKL026288 | AKL026372 | |
| 1301 | | | | | Business Wire - "Sandpiper Launches Footprint Distribution Service to Improve Web Site Performance; Cost-Effective Service Manages Content Delivery for Web Publishers," dated 9/28/1998 (DX1109) | AKAM0443769 | AKAM0443770 | |
| 1302 | | | | | Exhibit D to Defendant and Counterclaim Plaintiffs Akamai Technologies, Inc. and Massachusetts Institute of Technology's First Supplemental Preliminary Infringement Contentions, dated 6/17/2016 | None | None | |
| 1303 | | | | | Deposition of F. Thomson Leighton, dated 9/13/2007, Case No. 06-CA-11109 | None | None | |
| 1304 | | | | | Mir Order Form, Beverage, Main Course, Dessert | None | None | Mir-Ex016 |
| 1305 | | | | | Computer and Communication Networks, Second Edition, by Nadir F. Mir | None | None | Mir-Ex019 |
| 1306 | | | | | Loris DNS with handwritten notes | None | None | Mir-Ex025 |
| 1307 | | | | | Exhibit 1: Kevin C. Almeroth CV, dated 11/2/2016 | None | None | |
| 1308 | | | | | Exhibit 1: Michael J. Freedman CV, dated 9/23/2016 | None | None | |
| 1309 | | | | | Declaration of Mark Crovella, Ph.D., dated 1/16/2008, Case No. 06-cv-11109 | None | None | |
| 1310 | | | | | Akamai Submission to USPTO dated 2013 07 03 for US Patent App No. 12-901571 | None | None | |
| 1311 | | | | | Akamai Submission to USPTO dated 2014 01 24 for US Patent App No. 12-901571 | None | None | |
| 1312 | | | | | Akamai Submission to USPTO dated 2014 03 13 for US Patent App No. 12-901571 | None | None | |
| 1313 | | | | | Akamai Submission to USPTO dated 2015 06 15 for US Patent App No. 12-901571 | None | None | |
| 1314 | | | | | Akamai Submission to USPTO dated 2016 05 14 for US Patent App No. 12-901571 | None | None | |
| 1315 | | | | | Akamai Submission to USPTO dated 2013 05 23 for US Patent App No. 12-901571 | None | None | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2016, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

          /s/ *Natasha M. Saputo*
          Natasha M. Saputo