IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC.,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>XO COMMUNICATIONS, LLC.,<br><br>　　Defendant,<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>　　Defendant and Counterclaim Plaintiff,<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　Counterclaim Plaintiff. | Case No. 3:15cv720-JAG<br><br>**JURY TRIAL DEMANDED** |

**LIMELIGHT NETWORKS, INC.'S RESPONSIVE LIST OF
WITNESSES TO BE CALLED AT TRIAL**

Pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Paragraph 13 of the Scheduling Order (D.I. 55), Plaintiff Limelight Networks, Inc. ("Limelight") hereby identifies the following responsive list of fact and expert witnesses that Limelight expects to call or may call (live or by deposition designation) at trial in response to Defendant and Counterclaim Plaintiff Akamai Technologies, Inc.'s ("Akamai's") initial list of witnesses to be called at trial (D.I. 265), filed on November 30, 2016. Limelight identifies this responsive list of witnesses as a ***supplement to and in addition to*** the initial list of witnesses Limelight identified in its Witnesses to be Called at Trial (D.I. 267), filed on November 30, 2016, and which Limelight incorporates

1

below. Limelight reserves the right to call and/or subpoena any witnesses Akamai, Massachusetts Institute of Technology ("MIT"), and/or XO Communications, LLC ("XO") call to testify live at the trial, including those designated in its initial and rebuttal lists, or to cross-examine such witnesses beyond the scope of the direct, as if Limelight had called them to testify in its case-in-chief. Limelight further reserves the right to call live at trial or to rely on the deposition testimony of any Akamai, MIT, or XO witness who has not yet been deposed. Further, Limelight objects to Akamai's designation of Akamai personnel as "may call" or "expects to call" witnesses in excess of the ten (10) depositions permitted by the Court's Pretrial Order (D.I. 55).

Limelight reserves the right to use, or not use, any of the witnesses identified herein and in its initial list of witnesses at its discretion. Limelight also reserves the right to modify, supplement, or amend this list of witnesses to be called at trial in response to Akamai's witness lists, based on subsequent events, or as otherwise appropriate to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of Virginia, or by any Order of this Court. Pursuant to the Scheduling Orders (D.I. 55, D.I. 247), the parties will follow a separate procedure for exchange of objections, including Limelight's general objections to Akamai's initial and responsive trial witness lists.

**Limelight Fact Witnesses Limelight Expects to Call Live:**

    Jason Hofmann

    Jacob Roersma

    George Vonderhaar

**Limelight Expert Witnesses Limelight Expects to Call Live:**

    Dr. Kevin Almeroth

    Dr. Michael Freedman

Dr. Stephen Prowse

**Akamai Fact Witnesses Limelight Expects to Call Live:**

Christopher R. Knox

Frank Thomson Leighton

**Akamai Fact Witnesses Limelight May Present By Deposition, or May Call Live:**

Craig S. Adams

David S. Belson

Nicholas Brookins

Neil L. Cohen

Craig Conboy

Cheng Jin

Alan W. Johnson

Patrick M. Larkin

Todd Andrew Lawrence

Philip Lisiecki

Brian Mancuso

Joshua Matt

**Third Party Witnesses Limelight Expects to Call Live:**

Michael M. Gordon

**Third Party Witnesses Limelight May Present By Deposition:**

Joseph DePalo

Josef Kloninger

Date: December 7, 2016          Respectfully submitted,

/s/     *Natasha M. Saputo*
Natasha M. Saputo
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:     (650) 802-6000
Facsimile:     (650) 802-6001
natasha.saputo@tensegritylawgroup.com

Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8788
Facsimile:     (804) 343-4630
Meckstein@hunton.com

Matthew D. Powers (CA Bar No. 104795) (*pro hac vice*)
Steven Cherensky (CA Bar No. 168275) (*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543) (*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088) (*pro hac vice*)
William P. Nelson (CA Bar No. 196091) (*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316) (*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084) (*pro hac vice*)
Natasha M. Saputo (VA Bar No. 80893)
Lital Leichtag-Fuks (CA Bar No. 295080) (*pro hac vice*)
Yi Chen (CA Bar No. 295236) (*pro hac vice*)
Jae Shin (CA Bar No. 294599) (*pro hac vice*)
Sergio Davila (CA Bar No. 302689) (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:     (650) 802-6000
Facsimile:     (650) 802-6001
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com
jae.shin@tensegritylawgroup.com

sergio.davila@tensegritylawgroup.com

*Attorneys for Plaintiff and Counterclaim
Defendant Limelight Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2016, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system.

/s/   *Natasha M. Saputo*
Natasha M. Saputo