# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 3:15-cv-720-JAG |
| XO COMMUNICATIONS, LLC., | ) |
| Defendant, | ) **JURY TRIAL DEMANDED** |
| AKAMAI TECHNOLOGIES, INC., | ) |
| Defendant and Counterclaim Plaintiff, | ) |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | ) |
| Counterclaim Plaintiff. | ) |

## AKAMAI TECHNOLOGIES, INC.'S RESPONSIVE WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the Patent Case Initial Pretrial Order (Dkt. No. 55), and the November 22, 2016 Order setting case deadlines (Dkt. No. 247), Defendant and Counterclaim Plaintiff Akamai Technologies, Inc. ("Akamai") states that it has no additional witnesses to identify in response to those identified on Limelight Networks, Inc.'s ("Limelight") Trial Witness List, filed November 30, 2016 (Dkt. No. 270).

Akamai reserves the right to modify, supplement, or amend its trial witness list in response to Limelight's responsive witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court. Akamai reserves the right to call live, by video, or by deposition any witness appearing on Limelight's witness lists.

- 2 -

| | |
|---|---|
| Date: December 7, 2016 | AKAMAI TECHNOLOGIES, INC. |
| | By   /s/ Laura Anne Kuykendall<br>         Of Counsel |

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Laura Anne Kuykendall (VSB No. 82318)
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
la.kuykendall@troutmansanders.com

Carlos Perez-Albuerne (*pro hac vice*)
Margaret E. Ives (*pro hac vice*)
Daniel C. Winston (*pro hac vice*)
Eric J. Marandett (*pro hac vice*)
Sophie F. Wang  (*pro hac vice*)
Phoebe Fischer-Groban  (*pro hac vice*)
Robert Z. Shames  (*pro hac vice*)
Vanessa A. Arslanian  (*pro hac vice*)
Diane Seol  (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place, Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
emarandett@choate.com
swang@choate.com
pfischergroban@choate.com
rshames@choate.com
varslanian@choate.com
dseol@choate.com

William F. Lee (*pro hac vice pending)*
Cynthia D. Vreeland (*pro hac vice*)
Michael J. Summersgill (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone:  (617) 526 6000
Facsimile:  (617) 526 5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
michael.summersgill@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone:  617 526 6000
Facsimile:  617 526 5000
mindy.sooter@wilmerhale.com

Heath A. Brooks (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663 6363
heath.brooks@wilmerhale.com

Matthew J. Hawkinson (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 443 5300
Facsimile:  (213) 443 5400

- 3 -

matthew.hawkinson@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858 6000
Facsimile: (650) 858 6100
arthur.coviello@wilmerhale.com

*Counsel for Akamai Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Maya Eckstein
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, Virginia 23219
Facsimile: (804) 343-4630
meckstein@hunton.com

Matthew D. Powers (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
William P. Nelson (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
Azra Hadzimehmedovic (*pro hac vice*)
Natasha M. Saputo (Va. Bar. No. 80893)
Robert L. Gerrity (*pro hac vice*)
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
azra@tensegritylawgroup.com
Natasha.saputo@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

*Counsel for Limelight Networks, Inc.*

/s/      Laura Anne Kuykendall
Laura Anne Kuykendall (VSB No. 82318)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
la.kuykendall@troutmansanders.com

*Counsel for Akamai Technologies, Inc.*