**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br>  Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br> Defendant, <br><br> AKAMAI TECHNOLOGIES, INC. <br><br>  Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br>  Counterclaim Plaintiff. | Case No. 3:15-cv-720-JAG <br><br> **JURY TRIAL DEMANDED** |

## AKAMAI TECHNOLOGIES, INC.'S RESPONSIVE EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the Patent Case Initial Pretrial Order (Dkt. No. 55), and the November 22, 2016 Order setting case deadlines (Dkt. No. 247), Defendant and Counterclaim Plaintiff Akamai Technologies, Inc. ("Akamai") offers its responsive proposed list of exhibits it may use at trial, attached as Exhibit A.

Akamai's responsive exhibit list is designed to comply with the Court's Orders, Local Rules, and the parties' agreements, and to preserve Akamai's rights, based on the present status of the case. That Akamai has listed an exhibit on its responsive exhibit list does not waive Akamai's right to object to certain categories of evidence as being irrelevant or otherwise inadmissible. The parties will exchange objections and present to the Court disputes regarding

the issues and evidence to be presented to the jury and the relevance and admissibility of certain testimony and exhibits. Until the Court addresses and rules on such disputes, Akamai reserves the right to make final decisions regarding what witnesses to call and what exhibits to proffer. The listing of a trial exhibit on Akamai's responsive proposed trial exhibit list does not represent or otherwise require that Akamai introduce that exhibit and does not waive Akamai's right to object to the use or admission of that exhibit by Plaintiff and Counterclaim Defendant Limelight Networks, Inc. ("Limelight").

The descriptions of the exhibits are provided herein for the convenience of the parties only, and are not intended to be an admission as to the scope or substance of the content therein. Any dates provided with respect to an exhibit are strictly for convenience of the parties and do not constitute an admission that the document contained in said exhibit was published, generated, or otherwise made available on that date.

Akamai reserves the right to use, and incorporates herein, (i) any additional exhibits, if necessary, in rebuttal to exhibits or testimony offered by Limelight or for cross examination or impeachment purposes; (ii) any exhibit designated by Limelight; (iii) any document that becomes available on or after December 7, 2016; (iv) a substantially similar version of any exhibit set forth below from a different source or party's files; and (v) any enlargement, electronic version, or original of any exhibit. Akamai reserves the right to add translations of any foreign language (*i.e.*, non-English) exhibits listed herein to the exhibit list. Akamai reserves the right to remove exhibits from the list based on the outcomes of the pending motions in limine. Akamai reserves the right to use demonstrative exhibits at the trial, disclosed according to the schedule and procedure agreed to by the parties (Dkt. No. 247). Finally, Akamai reserves the right to supplement, amend, or correct this responsive proposed exhibit list, including by

providing better copies of exhibits, should such be required or advisable.

Date: December 7, 2016                    AKAMAI TECHNOLOGIES, INC.

By     /s/ Laura Anne Kuykendall
Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Laura Anne Kuykendall (VSB No. 82318)
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
la.kuykendall@troutmansanders.com

Carlos Perez-Albuerne (*pro hac vice*)
Margaret E. Ives (*pro hac vice*)
Daniel C. Winston (*pro hac vice*)
Eric J. Marandett (*pro hac vice*)
Sophie F. Wang (*pro hac vice*)
Phoebe Fischer-Groban (*pro hac vice*)
Robert Z. Shames (*pro hac vice*)
Vanessa A. Arslanian (*pro hac vice*)
Diane Seol (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place, Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
emarandett@choate.com
swang@choate.com
pfischergroban@choate.com
rshames@choate.com
varslanian@choate.com
dseol@choate.com

William F. Lee (*pro hac vice pending*)
Cynthia D. Vreeland (*pro hac vice*)
Michael J. Summersgill (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526 5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
michael.summersgill@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: 617 526 6000
Facsimile: 617 526 5000
mindy.sooter@wilmerhale.com

Heath A. Brooks (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663 6363
heath.brooks@wilmerhale.com

Matthew J. Hawkinson (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100

- 4 -

        Los Angeles, California 90071
        Telephone: (213) 443 5300
        Facsimile: (213) 443 5400
        matthew.hawkinson@wilmerhale.com

        Arthur W. Coviello (*pro hac vice*)
        **WILMER CUTLER PICKERING HALE AND DORR LLP**
        950 Page Mill Road
        Palo Alto, California 94304
        Telephone: (650) 858 6000
        Facsimile: (650) 858 6100
        arthur.coviello@wilmerhale.com

        *Counsel for Akamai Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Maya Eckstein
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, Virginia 23219
Facsimile: (804) 343-4630
meckstein@hunton.com

Matthew D. Powers (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
William P. Nelson (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
Azra Hadzimehmedovic (*pro hac vice*)
Natasha M. Saputo (Va. Bar. No. 80893)
Robert L. Gerrity (*pro hac vice*)
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
azra@tensegritylawgroup.com
Natasha.saputo@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

*Counsel for Limelight Networks, Inc.*

/s/   Laura Anne Kuykendall
Laura Anne Kuykendall (VSB No. 82318)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
la.kuykendall@troutmansanders.com

*Counsel for Akamai Technologies, Inc.*