# Exhibit 5

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2006 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
   p.   cm.
   Includes index.
   ISBN-13: 978-0-87779-807-1   (Laminated unindexed : alk. paper)
   ISBN-10: 0-87779-807-9   (Laminated unindexed : alk. paper)
   ISBN-13: 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
   ISBN-10: 0-87779-808-7   (Jacketed hardcover unindexed : alk. paper)
   ISBN-13: 978-0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-10: 0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-810-1   (Leatherlook with CD-ROM : alk. paper)
   ISBN-10: 0-87779-810-9   (Leatherlook with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-813-2   (Canadian)
   ISBN-10: 0-87779-813-3   (Canadian)
   ISBN-13: 978-0-87779-814-9   (International)
   ISBN-10: 0-87779-814-1   (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-
Webster, Inc.
PE1628.M36      2003
423—dc21                                   2003003674
                                                  CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

789TT:QWV0605

her survey⟩. FORGET may suggest either a willful ignoring or a failure to impress something on one's mind ⟨*forget* what others say⟩.

²**neg·lect** *vt* (1588)  **1** : an act or instance of neglecting something  **2** : the condition of being neglected

**neg-lect-ful** \-fəl\ *adj* (1624) : given to neglecting : CARELESS, HEEDLESS  *syn* see NEGLIGENT — **neg-lect-ful-ly** \-fə-lē\ *adv* — **neg-lect-ful-ness** *n*

**neg-li-gee** *also* **neg-li-gé** \,ne-glə-'zhā, 'ne-glə-,\ *n* [F *négligé*, fr. pp. of *négliger* to neglect, fr. L *neglegere*] (1756)  **1** : a woman's long flowing usu. sheer dressing gown  **2** : carelessly informal or incomplete attire

**neg-li-gence** \'ne-gli-jən(t)s\ *n* (14c)  **1 a** : the quality or state of being negligent  **b** : failure to exercise the care that a reasonably prudent person would exercise in like circumstances  **2** : an act or instance of being negligent

**neg-li-gent** \-jənt\ *adj* [ME, fr. AF & L; AF, fr. L *neglegent-, neglegens,* prp. of *neglegere*] (14c)  **1 a** : marked by or given to neglect esp. habitually or culpably  **b** : failing to exercise the care expected of a reasonably prudent person in like circumstances  **2** : marked by a generally easy manner — **neg-li-gent-ly** *adv*

*syn* NEGLIGENT, NEGLECTFUL, LAX, SLACK, REMISS mean culpably careless or indicative of such carelessness. NEGLIGENT implies inattention to one's duty or business ⟨*negligent* about writing a note of thanks⟩. NEGLECTFUL adds a more disapproving implication of laziness or deliberate inattention ⟨A society callously *neglectful* of the poor⟩. LAX implies a blameworthy lack of strictness, severity, or precision ⟨a reporter *lax* about accurate quotation⟩. SLACK implies want of due or necessary diligence or care ⟨*slack* workmanship⟩. REMISS implies blameworthy carelessness shown in slackness, forgetfulness, or neglect ⟨had been *remiss* in their familial duties⟩.

**neg-li-gi-ble** \'ne-gli-jə-bəl\ *adj* [L *negligere, neglegere*] (1829) : so small or unimportant or of so little consequence as to warrant little or no attention : TRIFLING ⟨a ~ error⟩ — **neg-li-gi-bil-i-ty** \,ne-gli-jə-'bi-lə-tē\ *n* — **neg-li-gi-bly** \'ne-gli-jə-blē\ *adv*

**ne-go-tia-ble** \ni-'gō-shē(-ə)-bəl\ *adj* (1758) : capable of being negotiated: as  **a** : transferable from one person to another by being delivered with or without endorsement so that the title passes to the transferee ⟨~ securities⟩  **b** : capable of being traversed, dealt with, or accomplished ⟨a difficult but ~ road⟩ ⟨~ demands⟩  **c** : open to discussion or dispute — **ne-go-tia-bil-i-ty** \,gō-shē(-ə)-'bi-lə-tē\ *n*

**ne-go-ti-ant** \-'gō-shē(-)ənt\ *n* (1611) : one that negotiates

**ne-go-ti-ate** \ni-'gō-shē-,āt, *chiefly in some regions* -sē-\ *vb* -**at-ed**; -**at-ing** [L *negotiatus,* pp. of *negotiari* to carry on business, fr. *negotium* business, fr. neg- not + *otium* leisure — more at NEGATE] *vi* (1599) : to confer with another so as to arrive at the settlement of some matter ~ *vt*  **1 a** : to deal with (some matter or affair that requires ability for its successful handling) : MANAGE  **b** : to arrange for or bring about through conference, discussion, and compromise ⟨~ a treaty⟩  **2 a** : to transfer (as a bill of exchange) to another by delivery or endorsement  **b** : to convert into cash or the equivalent value ⟨~ a check⟩  **3 a** : to successfully travel along or over ⟨~ a turn⟩  **b** : COMPLETE, ACCOMPLISH ⟨~ the trip in two hours⟩ — **ne-go-ti-a-tor** \-,ā-tər\ *n* — **ne-go-ti-a-to-ry** \-shē(-ə)-tȯr-ē, -,ā-tə-rē\ *adj*

**ne-go-ti-a-tion** \ni-,gō-shē-'ā-shən, -sē-\ *n* (15c) : the action or process of negotiating or being negotiated — often used in pl.

**Ne-gress** \'nē-grəs\ *n* (1726) *sometimes offensive* : a black woman or girl

**Ne-gri-llo** \ni-'gri-(,)lō, -'grē-(,)yō\ *n, pl* -**los** *or* -**loes** [Sp, dim. of *negro*] (1833) : a member of a people (as Pygmies) belonging to a group of dark-skinned peoples of small stature that live in Africa

**Ne-gri-to** \ni-'grē-(,)tō\ *n, pl* -**tos** *or* -**toes** [Sp, dim. of *negro*] (1812) : a member of a people (as the Andamanese) belonging to a group of dark-skinned peoples of small stature that live in Oceania and the southeastern part of Asia

**ne-gri-tude** \'ne-grə-,tüd, 'nē-, -,tyüd\ *n* [F *négritude,* fr. *nègre* Negro + -*i*- + -*tude*] (1950)  **1** : a consciousness of and pride in the cultural and physical aspects of the African heritage  **2** : the state or condition of being black

**Ne-gro** \'nē-(,)grō\ *n, pl* **Negroes** [Sp or Pg, fr. *negro* black, fr. L *nigr-, niger*] (1555) *sometimes offensive* : a member of a race of humankind native to Africa and classified according to physical features (as dark skin pigmentation) — **Negro** *adj, sometimes offensive* — **Ne-gro-ness** \'nē-grō-nəs\ *n, sometimes offensive*

**ne-gro-phobe** \'nē-grə-,fōb\ *n, often cap* (1900) : one who strongly dislikes or fears black people — **ne-gro-pho-bia** \,nē-grə-'fō-bē-ə\ *n, often cap* ten cap

¹**ne-gus** \'nē-gəs, ni-'güs\ *n* [Amharic *nagus,* fr. Geez *nǝgāśa nagaśt* king of kings] (1594) : KING — used as a title of the sovereign of Ethiopia

²**ne-gus** \'nē-gəs\ *n* [Francis *Negus* †1732 Eng. colonel] (1743) : a beverage of wine, hot water, sugar, lemon juice, and spices

**Neh** *abbr* Nehemiah

**NEH** *abbr* National Endowment for the Humanities

**Ne-he-mi-ah** \,nē-(h)ə-'mī-ə\ *n* [Heb *Nĕhemyāh*] (14c)  **1** : a Jewish leader of the fifth century B.C. who supervised the rebuilding of the Jerusalem city walls and instituted religious reforms in the city  **2** : a narrative and historical book of canonical Jewish and Christian Scripture — see BIBLE table

**Ne-he-mi-as** \-'mī-əs\ *n* [LL, fr. Heb *Nĕhemyāh*] (1535) : NEHEMIAH

**NEI** *abbr* not elsewhere included

**neigh** \'nā\ *vi* [ME *neyen,* fr. OE *hnǣgan*; akin to MHG *nēgen* to neigh] (bef. 12c) : to make the prolonged cry of a horse — **neigh** *n*

¹**neigh-bor** \'nā-bər\ *n* [ME, fr. OE *nēahgebūr* (akin to OHG *nāhgibūr*); akin to OE *nēah* near and OE *gebūr* dweller — more at NIGH, BOOR] (bef. 12c)  **1** : one living or located near another  **2** : FELLOW MAN

²**neighbor** *adj* (1530) : being immediately adjoining or relatively near

³**neighbor** *vb* **neigh-bored; neigh-bor-ing** \-b(ə-)riŋ\ *vt* (ca. 1586) : to adjoin immediately or lie relatively near to ~ *vi*  **1** : to live or be located as a neighbor  **2** : to associate in a neighborly way

**neigh-bor-hood** \'nā-bər-,hu̇d\ *n* (15c)  **1** : neighborly relationship  **2** : the quality or state of being neighbors : PROXIMITY  **3 a** : a place or region near : VICINITY  **b** : an approximate amount, extent, or degree ⟨cost in the ~ of $100⟩  **4 a** : the people living near one another  **b** : a section lived in by neighbors and usu. having distinguishing characteristics  **5** : the set of all points belonging to a given set whose distances from a given point are less than a given positive number; *broadly* : a set that contains a neighborhood

**neigh-bor-ly** \-lē\ *adj* (1558) : of, relating to, or characteristic of congenial neighbors; *esp* : FRIENDLY ⟨a ~ welcome⟩  *syn* see AMICABLE — **neigh-bor-li-ness** *n*

**neigh-bour** \-bər\ *chiefly Brit var of* NEIGHBOR

¹**nei-ther** \'nē-thər *also* 'nī-\ *conj* [ME, alter. (influenced by *either* of *nauther, nother,* fr. OE *nāhwæther, nōther,* fr. *nā, nō* not + *hwæther* which of two, whether] (12c)  **1** : not either ⟨~ black nor white⟩  **2** : also not ⟨~ did I⟩

*usage* Although use of *neither* is neither archaic nor wrong, *neither* is usu. followed by *nor.* A few commentators think that *neither* must be limited in reference to two, but reference to more than two has been quite common since the 17th century ⟨rigid enforcement of antique decorum will help *neither* language, literature, nor literati —James Sledd⟩.

²**neither** *pron* (13c) : not the one or the other of two or more

*usage* Some commentators insist that *neither* must be used with a singular verb. It generally is, but esp. when a prepositional phrase intervenes between it and the verb, a plural verb is quite common ⟨*neither* of those ideal solutions are in sight —C. P. Snow⟩.

³**neither** *adj* (14c) : not either ⟨~ hand⟩

⁴**neither** *adv* (1551)  **1** *chiefly dial* : EITHER  **2** : similarly not : also not ⟨just as the serf was not permitted to leave the land, so ~ was his obligations⟩ — . . . spring —G. G. Coulton⟩

**nek-ton** \'nek-tan, -,tän\ *n* [G *Nekton,* fr. Gk *nēkton,* neut. of *nēktos* swimming, fr. *nēchein* to swim — more at NATANT] (1893) : free-swimming aquatic animals essentially independent of wave and current action — **nek-ton-ic** \nek-'tä-nik\ *adj*

**nel-son** \'nel-sən\ *n* [prob. fr. the name *Nelson*] (1889) : a wrestling hold marked by the application of leverage against an opponent's arm, neck, and head — compare FULL NELSON, HALF NELSON

**nemat-** *or* **nemato-** *comb form* [NL, fr. Gk *nēmat-, nēma* thread, fr. *nēin* to spin — more at NEEDLE]  **1** : thread ⟨*nematocyst⟩  **2** : nematode ⟨*nematology⟩

**ne-mat-ic** \ni-'ma-tik\ *adj* [ISV *nemat-* + -*ic*] (1923) : of, relating to, or being the phase of a liquid crystal characterized by arrangement of the long axes of the molecules in parallel lines but not layers — compare CHOLESTERIC, SMECTIC

**nem-a-ti-cide** *or* **nem-a-to-cide** \'ne-ma-tə-,sīd, ni-'ma-tə-\ *n* (1889) : a substance or preparation used to destroy nematodes — **nem-a-ti-ci-dal** *or* **nem-a-to-ci-dal** \,ne-ma-tə-'sī-d°l, ni-,ma-tə-\ *adj*

**nem-a-to-cyst** \'ne-mə-tə-,sist *n* [ISV] (1875) : one of the stinging organelles of coelenterates used in catching prey

**nem-a-tode** \'ne-mə-,tōd\ *n* [ultim. fr. Gk *nēmat-, nēma*] (1865) : any of a phylum (Nematoda *or* Nemata) of elongated cylindrical worms parasitic in animals or plants or free-living in soil or water — called also *roundworm*

**ne-moph-i-la** \ni-'mä-fə-lə\ *n* (ca. 1916) : a branch of zoology that deals with nematodes — **nem-a-to-log-i-cal** \,ne-ma-tə-'lä-ji-kəl\ *adj* — **nem-a-tol-o-gist** \,ne-mə-'tä-lə-jist\ *n*

**Nem-bu-tal** \'nem-byə-,tȯl\ *trademark* — used for the sodium salt of pentobarbital

**nem** *con abbr* [NL *nemine contradicente*] no one contradicting

**ne-mer-te-an** \ni-'mər-tē-ən\ *n* [ultim. fr. Gk *Nēmertēs* Nemertes, one of the Nereids] (1861) : any of a phylum (Nemertea syn. Rhynchocoela) of often vividly colored usu. long dorsoventrally flattened marine worms that typically burrow in the mud or sand along seacoasts — called also *ribbon worm* — **nem-er-tine** \'ne-mər-,tēn\ *adj or n*

**nem-e-sis** \'ne-mə-səs\ *n* [L, fr. Gk] (1561)  **1** *cap* : the Greek goddess of retributive justice  **2** *pl* -**e-ses** \-,sēz\  **a** : one that inflicts retribution or vengeance  **b** : a formidable and usu. victorious rival or opponent  **3** *pl* -**eses**  **a** : an act or effect of retribution  **b** : BANE **2**

**neo-** *comb form* [ME, fr. MF & LL, fr. Gk *neos* new — more at NEW]  **1 a** : new : recent ⟨*neonate⟩  **b** : a new and different form or product of ⟨*neoclassicism⟩

**neo-clas-sic** \,nē-ō-'kla-sik\ *or* **neo-clas-si-cal** \-si-kəl\ *adj* (1877) : of, relating to, or constituting a revival or adaptation of the classical esp. in literature, music, art, or architecture — **neo-clas-si-cism** \-'kla-sə-,si-zəm\ *n* — **neo-clas-si-cist** \-sist\ *n, or adj*

**neo-co-lo-ni-al-ism** \,nē-ō-kə-'lōn-yə-,li-zəm, -'lō-nē-ə-,li-\ *n* (1961) : the economic and political policies by which a great power indirectly maintains or extends its influence over other areas or people — **neo-co-lo-nial** \-'lōn-yəl, -'lō-nē-əl\ *adj* — **neo-co-lo-ni-al-ist** \-yə-list, -ə-list\ *n or adj*

**neo-con** \'nē-ō-,kän\ *n* (1979) : NEOCONSERVATIVE

**neo-con-ser-va-tive** \,nē-ō-kən-'sər-və-tiv\ *n* (1952)  **1** : a former liberal espousing political conservatism  **2** : a conservative who advocates the assertive promotion of democracy and U.S. national interest in international affairs including through military means — **neo-con-ser-va-tism** \-və-,ti-zəm\ *n* — **neoconservative** *adj*

**neo-cor-tex** \,nē-ō-'kȯr-,teks\ *n* [NL, fr. its being the cortex of the phylogenetically most recently developed part of the brain] (1909) : the largest 6-layered dorsal region of the cerebral cortex that is unique to mammals; *broadly* : the mammalian cerebral cortex — **neo-cor-ti-cal** \-'kȯr-ti-kəl\ *adj* (1909) : of or relating to the neocortex

**neo-Dar-win-ian** \-där-'wi-nē-ən\ *adj* (1895) : of or relating to neo-Darwinism — **neo-Darwinian** *n*

**neo-Dar-win-ism** \-'där-wə-,ni-zəm\ *n* (ca. 1900) : a theory of evolution that is a synthesis of Darwin's theory in terms of natural selection and modern population genetics — **neo-Dar-win-ist** \-'där-wə-nist\ *adj or n*

**neo-dym-i-um** \,nē-ō-'di-mē-əm\ *n* [NL, fr. *neo-* + -*dymium* (fr. *didymium*)] (1885) : a silver-white to yellow metallic element of the rare-earth group that is used esp. in magnets and lasers — see ELEMENT table

**neo-Ex-pres-sion-ism** \-ik-'spre-shə-,ni-zəm\ *n, often cap* N (1961) : a revival of expressionism in art characterized by intense colors, dramatic use, figural forms, and emotive subject matter — **neo-Expressionist** \-nist\ *n or adj, often cap* N