CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                    DATE: 12/16/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Limelight Networks, Inc.<br>v.<br>XO Communications, LLC, et al. | CASE NO: 3:15CV720<br>JUDGE: Gibney<br>COURT REPORTER: K. Liscio, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER:

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: Motion to Exclude Expert Testimony of Dr. Mir, Paul Meyer, and Dr. Bhattacharjee[238], Pltf Motion for Summary Judgment [224]; Motion to Exclude Testimony of Stephen Prowse [231]; Dft Motion for Summary Judgment [218]

PROCEEDINGS:
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )  Court ( )
OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

Court made rulings from the bench and took the rest under advisement

arguments on Daubert motions continued to Tuesday

Counsel for Plaintiff(s): Matthew Powers, William Nelson, Azra Hadzimehmedovic, Maya Eckstein

Counsel for Defendant(s): Michael Summersgill, Cynthia Vreeland, Mary Sooter, Arthur Coviello, Timothy Syrett, Dabney Carr, IV

SET: 9:00am   BEGAN: 9:12am   ENDED: 12:55   TIME IN COURT: 3:32
RECESSES: 10:15 - 10:26