**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                          DATE:     12/20/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Limelight Networks, Inc.<br><br>v.<br><br>XO Communications, LLC, et al. | CASE NO:   3:15CV720<br><br>JUDGE:   Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( ✓ ) OTHER:

APPEARANCES:   Parties by ( ✓ )/with ( ) counsel        Pro Se ( )

MOTIONS BEFORE TRIAL:  Daubert motions

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )     DEFENDANT(S) ( )  Court ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )        ARGUMENTS OF COUNSEL HEARD ( ✓ )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

The Court will hold an evidentiary hearing re: testimony
of Dr. Mir, Paul Myer, and Stephen Prowse on
January 10 and 11

_____

Matthew Powers, Azra Hadzimehmedovic, William Nelson,
Counsel for Plaintiff(s)                              Maya Eckstein

Michael Summersgill, Cynthia Vreeland, Mary Sooter,
Counsel for Defendant(s)  Timothy Syrett, Dabney Carr, IV, Arthur
                          Coviello

SET: 10:00am   BEGAN: 10:10   ENDED: 1:53   TIME IN COURT: 3 hr 11 mins
RECESSES:
   11:39 - 12:00;  1:02 - 1:13