CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                    DATE:  1/10/17

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Limelight Networks, Inc.<br>v.<br>XO Communications, LLC, et al. | CASE NO:  3:15CV720<br><br>JUDGE:  Gibney<br><br>COURT REPORTER:  G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( )  OTHER: Evidentiary Hearing

APPEARANCES:  Parties by (✓)/with ( ) counsel    Pro Se ( )

   MOTIONS BEFORE TRIAL:

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )  Court ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

CASE CONTINUED UNTIL  Jan 11, 2017  AT  9:00  A.M. FOR  Day 2 Evidentiary Hearing

ADDITIONAL NOTATIONS:

Testimony of Stephen Prowse heard
1 binder exhibits admitted for plaintiff
2 binders exhibits admitted for defendant

Matthew Powers, Azra Hadzimehmedovic, Maya Eckstein
Counsel for Plaintiff(s)

Michael Summersgill, Timothy Syrett, Cynthia Vreeland, Dabney Carr, Jonathan Cox
Counsel for Defendant(s)

SET: 9:00    BEGAN: 9:04    ENDED: 4:05    TIME IN COURT: 5:37
RECESSES:
10:10-10:22; 12:07-1:09; 2:37-2:47