**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 1/11/17

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Limelight Networks, Inc.<br>v.<br>XO Communications, LLC, et al. | CASE NO: 3:15CV720<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Evidentiary Hearing

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL:

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

CASE CONTINUED UNTIL May 1, 2017 AT 9:00 A.M. FOR Jury Trial

ADDITIONAL NOTATIONS:
- Testimony of Paul Meyer heard
- Exhibit binders submitted to court - parties will submit new binders with only exhibits used for this hearing.
- Parties shall submit briefs w/in 7 days of receipt of transcript; reply briefs due 7 days thereafter.

Counsel for Plaintiff(s): Matthew Powers, Aaron Nathan, Robert Gerrity, Maya Eckstein, Azra Hadzimemedovic

Counsel for Defendant(s): Cynthia Vreeland, Timothy Syrett, Michael Summersgill, Dabney Carr IV, Dana Burwell

SET: 9:00am    BEGAN: 9:03am    ENDED: 3:32pm    TIME IN COURT: 4:58
RECESSES: