IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., ) | |
| ) | |
| Plaintiff and Counterclaim ) | |
| Defendant, ) | |
| v. ) | |
| ) | |
| XO COMMUNICATIONS, LLC., ) | |
| ) | Case No. 3:15-cv-720-JAG |
| Defendant, ) | |
| ) | JURY TRIAL DEMANDED |
| AKAMAI TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant and Counterclaim ) | **SO ORDERED** |
| Plaintiff, ) | |
| ) | /s/ John A. Gibney, Jr. |
| MASSACHUSETTS INSTITUTE OF ) | United States District Judge |
| TECHNOLOGY, ) | |
| ) | |
| Counterclaim Plaintiff. ) | |

JOINT MOTION TO SET A SCHEDULE FOR THE FILING
OF ADDITIONAL MOTIONS *IN LIMINE*

Plaintiff Limelight Networks, Inc. ("Limelight") and Defendant and Counterclaim Plaintiff Akamai Technologies, Inc. ("Akamai"), by counsel, respectfully jointly move for entry of an order setting a schedule for the filing and briefing of additional motions *in limine*. In support of this Joint Motion, the parties state as follows:

1. The parties initially filed motions *in limine* on December 6, 2016, pursuant to the Court's November 22, 2016 Order. (Dkt. 247.) These motions *in limine* are still pending, as trial was continued to May 1, 2017. (Dkt. 379.)

2. Since the parties' filing of motions *in limine*, the Court has entered Orders on the parties' cross-motions for summary judgment and to exclude expert witnesses. (Dkts. 418, 420.)

3. In light of these Orders, the parties jointly wish to file additional motions *in limine* to clarify the evidence that may be presented at trial. The parties jointly believe that these additional motions *in limine* will assist in efficient presentation of witness testimony at trial. Further, to facilitate the Court's consideration of such motions, the parties are willing to agree to an expedited briefing schedule and page limits for the memoranda in support of these motions *in limine*.

WHEREFORE, Limelight and Akamai respectfully request that the Court enter an order providing that the parties may file additional motions *in limine* by April 7, 2017, that each party shall file a single memorandum of no more than ten pages in support of such motions, that the parties file briefs in opposition of no more than ten pages by April 12, 2017, and file reply briefs of no more than five pages by April 14, 2017.

| LIMELIGHT NETWORKS, INC. | AKAMAI TECHNOLOGIES, INC.. |
|---|---|
| By /s/ Maya M. Eckstein<br>Of Counsel | By /s/ Dabney J. Carr, IV<br>Of Counsel |
| Maya M. Eckstein (VSB No. 41413)<br>HUNTON & WILLIAMS LLP<br>951 E. Byrd St.<br>Richmond, Virginia 23219<br>Telephone: (804) 788-8788<br>Facsimile: (804) 343-4630<br>meckstein@hunton.com<br>Matthew D. Powers (pro hac vice)<br>Steven C. Cherensky (pro hac vice)<br>Paul T. Ehrlich (pro hac vice)<br>Azra Hadzimehmedovic (pro hac vice)<br>William P. Nelson (pro hac vice)<br>Aaron M. Nathan (pro hac vice)<br>Robert L. Gerrity (pro hac vice)<br>Natasha M. Saputo (VSB No. 80893)<br>Lital Leichtag-Fuks (pro hac vice) | Dabney J. Carr, IV (VSB No. 28679)<br>Robert A. Angle (VSB No. 37691)<br>Laura Anne Kuykendall (VSB No. 82318)<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point, Richmond, VA 23219<br>Telephone: (804) 697-1200<br>Facsimile: (804) 697-1339<br>dabney.carr@troutmansanders.com<br>robert.angle@troutmansanders.com<br>la.kuykendall@troutmansanders.com<br><br>Carlos Perez-Albuerne (*pro hac vice*)<br>Margaret E. Ives (*pro hac vice*)<br>Daniel C. Winston (*pro hac vice*)<br>Eric J. Marandett (*pro hac vice*) |

Yi Chen (pro hac vice)
Jae Shin (pro hac vice)
Sergio Davila (pro hac vice)
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com
jae.shin@tensegritylawgroup.com
sergio.davila@tensegritylawgroup.com
Counsel for Plaintiff and Counterclaim
Defendant Limelight Networks, Inc

Sophie F. Wang (*pro hac vice*)
Phoebe Fischer-Groban (*pro hac vice*)
Robert Z. Shames (*pro hac vice*)
Vanessa A. Arslanian (*pro hac vice*)
Diane Seol (*pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place, Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
emarandett@choate.com
swang@choate.com
pfischergroban@choate.com
rshames@choate.com
varslanian@choate.com
dseol@choate.com

William F. Lee *(pro hac vice)*
Cynthia D. Vreeland (*pro hac vice*)
Michael J. Summersgill (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
Dana Burwell (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526 5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
michael.summersgill@wilmerhale.com
timothy.syrett@wilmerhale.com
dana.burwell@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: 617 526 6000
Facsimile: 617 526 5000
mindy.sooter@wilmerhale.com

Heath A. Brooks (*pro hac vice*)

3

WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663 6363
heath.brooks@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858 6000
Facsimile: (650) 858 6100
arthur.coviello@wilmerhale.com

*Counsel for Akamai Technologies, Inc.*

4