IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., | Case No. 3:15cv720-JAG |
| Plaintiff and Counterclaim Defendant, | |
| v. | JURY TRIAL DEMANDED |
| XO COMMUNICATIONS, LLC., | |
| Defendant, | |
| AKAMAI TECHNOLOGIES, INC., | **SO ORDERED** |
| Defendant and Counterclaim Plaintiff, |  4/13/17 /s/ John A. Gibney, Jr. United States District Judge |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | |
| Counterclaim Plaintiff. | |

### UNOPPOSED MOTION TO WITHDRAW *PRO HAC VICE* APPEARANCE

Pursuant to Local Civil Rule 83.1(G), Plaintiff and Counterclaim Defendant Limelight Networks, Inc. ("Limelight"), by counsel, moves the court for leave to allow Jae Shin of Tensegrity Law Group LLP to withdraw his pro hac vice appearance as counsel for Limelight, as he is no longer affiliated Tensegrity Law Group LLP. Attorneys for the firm Tensegrity Law Group LLP and Hunton & Williams LLP will continue to represent Limelight in this matter.

Limelight also moves the Court to direct the Clerk to remove Mr. Shin from the CM/ECF service list in the above-captioned matter, and to direct all other parties that he need not be served with any further pleadings, motions, or other papers in this matter. A proposed Order is filed herewith. Defendants do not oppose this motion.

Date: April 12, 2017                                    Respectfully submitted,

/s/    *Natasha M. Saputo*

Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8788
Facsimile:    (804) 343-4630
Meckstein@hunton.com

Matthew D. Powers (CA Bar No. 104795)
(*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543)
(*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088)
(*pro hac vice*)
William P. Nelson (CA Bar No. 196091)
(*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316)
(*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084)
(*pro hac vice*)
Natasha M. Saputo (VA Bar No. 80893)
Lital Leichtag-Fuks (CA Bar No. 295080)
(*pro hac vice*)
Yi Chen (CA Bar No. 295236)
(*pro hac vice*)
Sergio Davila (CA Bar No. 302689)
(*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:    (650) 802-6000
Facsimile:    (650) 802-6001
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com

sergio.davila@tensegritylawgroup.com

*Attorneys for Plaintiff and Counterclaim
Defendant Limelight Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

                                                                                          */s/ Natasha M. Saputo*
                                                                                          Natasha M. Saputo