IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>XO COMMUNICATIONS, LLC.,<br><br>    Defendant,<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Counterclaim Plaintiff. | Case No. 3:15cv720-JAG<br><br>**JURY TRIAL DEMANDED** |

**LIMELIGHT NETWORKS, INC.'S NOTICE REGARDING IPR DECISION**

Pursuant to the Court's Order granting Akamai Technologies, Inc.'s ("Akamai") motion for a continuance of the case pending the possibility that *inter partes* review ("IPR") proceedings (D.I. 451 at 3) are instituted against Limelight's patents in suit, Limelight Networks, Inc. hereby provides notice that the Patent Trial and Appeal Board ("PTAB") has granted Limelight's IPR petition as to Akamai's U.S. Patent No. 7,693,959 (the "959 Patent"), and Limelight's IPR petition as to Akamai's U.S. Patent No. 8,307,088 (the "088 Patent") and will institute IPR proceedings as to both of these Akamai Patents. The PTAB's decisions ordering institution of the IPRs are attached as Exhibit A (959 Patent) and Exhibit B (088 Patent) to this Notice. As we previously informed the Court, the PTAB has denied Akamai's IPR petition as to Limelight's

1

U.S. Patent No. 8,683,002; the PTAB's decisions concerning Akamai's petitions regarding Limelight's U.S. Patent Nos. 8,750,155 and 9,015,348 remain pending.

Date: June 5, 2017                                    Respectfully submitted,

/s/     *Natasha M. Saputo*

Maya M. Eckstein (Va. Bar No. 41413)
HUNTON & WILLIAMS LLP
951 Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8788
Facsimile:      (804) 343-4630
Meckstein@hunton.com

Matthew D. Powers (CA Bar No. 104795)
(*pro hac vice*)
Paul T. Ehrlich (CA Bar No. 228543)
(*pro hac vice*)
Azra Hadzimehmedovic (CA Bar No. 239088)
(*pro hac vice*)
William P. Nelson (CA Bar No. 196091)
(*pro hac vice*)
Aaron M. Nathan (CA Bar. No. 251316)
(*pro hac vice*)
Robert L. Gerrity (CA Bar No. 268084)
(*pro hac vice*)
Natasha M. Saputo (VA Bar No. 80893)
Lital Leichtag-Fuks (CA Bar No. 295080)
*(pro hac vice)*
Yi Chen (CA Bar No. 295236)
*(pro hac vice)*
Sergio Davila (CA Bar No. 302689)
*(pro hac vice)*
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:     (650) 802-6000
Facsimile:      (650) 802-6001
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

      natasha.saputo@tensegritylawgroup.com
      lital@tensegritylawgroup.com
      yi.chen@tensegritylawgroup.com
      sergio.davila@tensegritylawgroup.com

*Attorneys for Plaintiff and Counterclaim Defendant Limelight Networks, Inc.*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of June, 2017, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

    /s/    *Natasha M. Saputo*
           Natasha M. Saputo