IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LIMELIGHT NETWORKS, INC.,
    Plaintiff,

v.                                                Civil Action No. 3:15-cv-720-JAG

XO COMMUNICATIONS, LLC
and AKAMAI TECHNOLOGIES INC.,
    Defendants.

## ORDER

This matter comes before the Court on the defendant's request for access to the plaintiff's source code. The Court held a phone conference on the issue on March 2, 2018. Upon due consideration, the Court grants the defendant's request. On Monday, March 5, 2018, or as soon as practicable, the defendant may inspect and request pages of the plaintiff's source code pursuant to paragraph 8(a)(4) of the parties' Agreed Protective Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 2, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge