IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br>     Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br>     Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br>     Counterclaim Plaintiff. | Case No. 3:15cv720-JAG <br><br> **JURY TRIAL DEMANDED** |

**JOINT PROPOSED JURY INSTRUCTIONS**

Pursuant to Paragraph 17 of the Scheduling Order (D.E. 55), as modified by the Order Granting the Parties' Joint Stipulated Pretrial Deadlines (D.E. 558), Plaintiff Limelight Networks, Inc. and Defendant Akamai Technologies, Inc. hereby submit the Joint Proposed Preliminary Jury Instructions With Authority, attached hereto as **Exhibit A**, the Joint Proposed Preliminary Jury Instructions Without Authority, attached hereto as **Exhibit B**, the Joint Proposed Final Jury Instructions With Authority, attached hereto as **Exhibit C,** and the Joint Proposed Final Jury Instructions Without Authority, attached hereto as **Exhibit D.**

For the disputed proposed jury instructions, the parties' competing proposals are included in the brackets and objections are identified succinctly in the footnotes. The parties have agreed not to submit their respective arguments about the propriety of any disputed proposal in this particular

1

submission. The parties reserve their rights to amend, supplement, or modify the proposed jury instructions as the case proceeds through trial and based on the parties' ongoing meet and confer, the Court's additional rulings, other motions that may be made prior to or at trial, and the evidence submitted at trial.

| | |
|---|---|
| Date: March 27, 2018 | Respectfully submitted, |
| LIMELIGHT NETWORKS, INC. | AKAMAI TECHNOLOGIES, INC. and XO COMMUNICATIONS, LLC |
| /s/  *Natasha M. Saputo* | /s/  *Michael J. Summersgill* |
| Maya M. Eckstein (Va. Bar No. 41413)<br>HUNTON & WILLIAMS LLP<br>951 Byrd Street<br>Richmond, Virginia 23219<br>Telephone: (804) 788-8788<br>Facsimile: (804) 343-4630<br>Meckstein@hunton.com | William F. Lee (pro hac vice)<br>Cynthia D. Vreeland (pro hac vice)<br>Michael J. Summersgill (pro hac vice)<br>Timothy D. Syrett (pro hac vice)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Matthew D. Powers (CA Bar No. 104795)<br>(*pro hac vice*)<br>Paul T. Ehrlich (CA Bar No. 228543)<br>(*pro hac vice*)<br>Azra Hadzimehmedovic (CA Bar No. 239088)<br>(*pro hac vice*)<br>William P. Nelson (CA Bar No. 196091)<br>(*pro hac vice*)<br>Aaron M. Nathan (CA Bar. No. 251316)<br>(*pro hac vice*)<br>Robert L. Gerrity (CA Bar No. 268084)<br>(*pro hac vice*)<br>Natasha M. Saputo (VA Bar No. 80893)<br>Lital Leichtag-Fuks (CA Bar No. 295080)<br>(*pro hac vice*)<br>Yi Chen (CA Bar No. 295236)<br>(*pro hac vice*)<br>TENSEGRITY LAW GROUP LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-6000<br>Facsimile: (650) 802-6001 | Telephone:  (617) 526 6000<br>Facsimile:  (617) 526 5000<br>william.lee@wilmerhale.com<br>cynthia.vreeland@wilmerhale.com<br>michael.summersgill@wilmerhale.com<br>timothy.syrett@wilmerhale.com<br><br>Mary V. Sooter (pro hac vice)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1225 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone:  617 526 6000<br>Facsimile:  617 526 5000<br>mindy.sooter@wilmerhale.com<br><br>Heath A. Brooks (pro hac vice)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663 6363<br>heath.brooks@wilmerhale.com |

matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com

*Attorneys for Plaintiff Limelight Networks, Inc.*

Matthew J. Hawkinson (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443 5300
Facsimile: (213) 443 5400
matthew.hawkinson@wilmerhale.com

Arthur W. Coviello (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858 6000
Facsimile: (650) 858 6100
arthur.coviello@wilmerhale.com

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Laura Anne Kuykendall (VSB No. 82318)
TROUTMAN SANDERS LLP
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
la.kuykendall@troutmansanders.com

Carlos Perez-Albuerne (pro hac vice)
Margaret E. Ives (pro hac vice)
Daniel C. Winston (pro hac vice)
Eric J. Marandett (pro hac vice)
Sophie F. Wang (pro hac vice)
Phoebe Fischer-Groban (pro hac vice)
Robert Z. Shames (pro hac vice)
Vanessa A. Arslanian (pro hac vice)
Diane Seol (pro hac vice)
CHOATE, HALL & STEWART LLP
Two International Place, Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
emarandett@choate.com
swang@choate.com
pfischergroban@choate.com

3

rshames@choate.com
varslanian@choate.com
dseol@choate.com

*Attorneys for Defendants Akamai Technologies, Inc. and XO Communications, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ *Natasha M. Saputo*
Natasha M. Saputo