IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> XO COMMUNICATIONS, LLC., <br><br>     Defendant, <br><br> AKAMAI TECHNOLOGIES, INC., <br><br>     Defendant and Counterclaim Plaintiff, <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br>     Counterclaim Plaintiff. | Case No. 3:15cv720-JAG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff and counterclaim defendant Limelight Networks, Inc., defendant and counterclaim plaintiff Akamai Technologies, Inc., defendant XO Communications, LLC and counterclaim plaintiff Massachusetts Institute of Technology hereby stipulate that this action and all claims and counterclaims asserted herein are dismissed with prejudice, with each party to bear its own fees and costs.

Dated: April 10, 2018

| | |
|---|---|
| LIMELIGHT NETWORKS, INC. | AKAMAI TECHNOLOGIES, INC., <br> XO COMMUNICATIONS, LLC <br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY |

<table>
<tr><td>

/s/ *Maya M. Eckstein*

Maya M. Eckstein (Va. Bar No. 41413)
Kevin S. Elliker (Va. Bar No. 87498)
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8788
Facsimile: (804) 343-4630
Meckstein@hunton.com
kelliker@hunton.com

Matthew D. Powers (*pro hac vice*)
Paul T. Ehrlich (*pro hac vice*)
Azra Hadzimehmedovic (*pro hac vice*)
William P. Nelson (*pro hac vice*)
Aaron M. Nathan (*pro hac vice*)
Robert L. Gerrity (*pro hac vice*)
Natasha M. Saputo (Va. Bar No. 80893)
Lital Leichtag-Fuks (*pro hac vice*)
Yi Chen (*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
azra@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
lital@tensegritylawgroup.com
yi.chen@tensegritylawgroup.com

*Attorneys for Limelight Networks, Inc.*

</td><td>

/s/ *Dabney J. Carr, IV*

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
TROUTMAN SANDERS LLP
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

William F. Lee (pro hac vice)
Cynthia D. Vreeland (pro hac vice)
Michael J. Summersgill (pro hac vice)
Timothy D. Syrett (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526 5000
william.lee@wilmerhale.com
cynthia.vreeland@wilmerhale.com
michael.summersgill@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: 617 526 6000
Facsimile: 617 526 5000
mindy.sooter@wilmerhale.com

Heath A. Brooks (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663 6363
heath.brooks@wilmerhale.com

Matthew J. Hawkinson (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443 5300

</td></tr>
</table>

Facsimile: (213) 443 5400
matthew.hawkinson@wilmerhale.com

Arthur W. Coviello (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858 6000
Facsimile: (650) 858 6100
arthur.coviello@wilmerhale.com

Carlos Perez-Albuerne (pro hac vice)
Margaret E. Ives (pro hac vice)
Daniel C. Winston (pro hac vice)
Eric J. Marandett (pro hac vice)
Sophie F. Wang (pro hac vice)
CHOATE, HALL & STEWART LLP
Two International Place, Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
cperez@choate.com
mives@choate.com
dwinston@choate.com
emarandett@choate.com
swang@choate.com

*Attorneys for Akamai Technologies, Inc. and Massachusetts Institute of Technology*

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
TROUTMAN SANDERS LLP
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Attorneys for XO Communications, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2018, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ *Natasha M. Saputo*
Natasha M. Saputo